IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY and LINCOLN FINANCIAL ADVISORS CORPORATION, | * * * * | |
| Plaintiffs, | * * | CIVIL NO. 4-02-cv-70346 |
| v. | * * | |
| THOMAS W. PAYNE, | * * | **ORDER SCHEDULING HEARING** |
| Defendant. | * | |

**IT IS ORDERED** that hearing on plaintiffs' motion for leave to file overlength brief, motion for extension of time to file brief, request for case management/scheduling conference, and motion for expedited order staying all proceedings to enforce the award is scheduled to commence at 10:00 a.m. on Wednesday, July 24, 2002.

**DATED** this 19th day of July, 2002.

HAROLD D. VIETOR
Senior U.S. District Judge

FILED 7/19/2002 3:53:15 PM, USDC, Southern District of Iowa