IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY and LINCOLN FINANCIAL ADVISORS CORPORATION,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>THOMAS W. PAYNE,<br><br>Respondent/Defendant. | Case No. 4:02-cv-70346<br><br>RESPONDENT'S RESISTANCE TO PETITIONERS' MOTION FOR STAY AND RESPONDENT'S MOTION FOR STAY |

Respondent Thomas W. Payne for his Resistance to the motion for stay by Petitioners Lincoln National Life Insurance Company and Lincoln Financial Advisors Corporation and for his own motion for stay states:

1.  An action involving the subject matter of the arbitration award has been pending between the parties since October 19, 1998 in the Iowa District Court for Polk County, in Case No. 77900, in which Thomas W. Payne is plaintiff and defendants are Mary Ann Burris, Barbara Crosby, Lincoln National Life Insurance Company and Lincoln Financial Advisors Corporation.

2.  Discovery and other activities were pursued in the state litigation until the parties made an agreement to arbitrate their dispute pursuant to the Code of Arbitration Procedures of the National Association of Security Dealers, Inc. The state court by order of April 16, 1999, approved the agreement of the parties, stayed the state action and directed periodic reports. The court also ordered the parties to report to the court the final decision and disposition reached in the arbitration proceedings in order for the court "to determine what ultimate type of proceedings

- 1 -

or order will be necessary and appropriate so as to finally dispose of the . . . action." A copy of the state court order is attached to this resistance.

3.    Pursuant to the state court order, Respondent Thomas W. Payne on July 12, 2002 reported the June 20, 2002 NASD arbitration award to the state court and applied for entry of judgment on the award in accordance with Iowa Code § 679A.11 (2002). Petitioners subsequently on July 19, 2002 filed their application and motion to vacate the arbitration award in this court and have requested a stay of the state court proceeding. The other parties defendant in the state litigation, Mary Ann Burris and Barbara Crosby, have filed a similar application and motion in Case No. 4:02-cv-70351. Respondent has separately filed his motion to dismiss that action because of the absence of subject matter jurisdiction.

4.    The state district court and federal district court have concurrent jurisdiction in the present case to enforce the arbitration award. If this court sustains Respondent's motion to dismiss the Burris and Crosby litigation in this court, the court should let the state enforcement action proceed and, in addition, exercise its discretion to stay the present case. This will promote judicial efficiency, avoid piecemeal litigation, and will assure Respondent complete relief without prejudice to any right of Petitioners. See USF&G Co. v. Murphy Oil USA, 21 F.3d 259, 263 (8th Cir. 1994); Insurance Co. of the State of Pa. v. Syntex, 964 F.2d 829, 834 (8th Cir. 1992).

5.    A stay of the state litigation is unauthorized in any event under the Anti-Injunction statute, 28 U.S.C. § 2283.

WHEREFORE, Respondent Thomas W. Payne respectfully requests that Petitioners' motion for stay be denied and that, instead, the court stay the present action pending final decision in the state litigation.

BELIN LAMSON McCORMICK ZUMBACH
FLYNN, A Professional Corporation

By /s/ Mark McCormick

| Mark McCormick | PK000003525 |
| David L. Charles | PK0000899 |

The Financial Center
666 Walnut Street Suite 2000
Des Moines, IA 50309-3989
Telephone: (515) 243-7100
Telecopier: (515) 243-1408
mmccormick@belinlaw.com
dlcharles@belinlaw.com

ATTORNEYS FOR RESPONDENT
THOMAS W. PAYNE

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon the parties to this action by serving a copy upon each of the attorneys listed below on July 30, 2002 by

☐ U.S. Mail            ☐ FAX
☒ Hand Delivered       ☐ Electronic Mail
☐ FedEx/ Overnight Carrier   ☐ Other

George A. LaMarca
Justin E. LaVan
LaMarca & Landry, P.C.
1300 50th Street, Suite 104
West Des Moines, IA 50266

Denny M. Dennis
Todd M. Strother
Bradshaw, Fowler, Proctor & Fairgrave, P.C.
801 Grand Avenue, Suite 3700
Des Moines, IA 50309-2727

Signature: /s/ Lori McKimpson

d:\p0448\appeal\res-mot-stay-lincoln-mm.doc

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| THOMAS W. PAYNE<br>(S.S.N. 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)<br><br>    Plaintiff,<br><br>vs.<br><br>MARY ANN BURRIS, BARBARA<br>CROSBY, LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY and LINCOLN<br>FINANCIAL ADVISORS CORPORATION,<br><br>    Defendants. | CASE NO. CL 77900<br><br><br>RULING AND ORDER ON PENDING<br>MOTIONS |

BE IT REMEMBERED on this 16 day of April, 1999, the above matter having come before the Court on Motions by the Defendants (Motion for Stay of Proceedings and to Compel Arbitration, filed on February 17, 1999) and of the Plaintiff (Motion to Compel Production of Documents and Answers to Interrogatories, served on February 10, 1999); and

WHEREAS, the parties, through their respective counsel have entered into an "Agreement Regarding Arbitration and Certain Discovery Procedures" (the "Agreement Regarding Arbitration"), which the parties intend to resolve the pending Motions; and

WHEREAS, the Court has examined the above-described Agreement Regarding Arbitration and has heard the comments in connection therewith from each of the counsel for the various parties;

NOW THEREFORE, IT IS HEREBY RULED, ORDERED, ADJUDGED AND DEGREED as follows:

1. The above-described Agreement Regarding Arbitration is hereby accepted and approved by the Court. A copy of said Agreement Regarding Arbitration is attached hereto and incorporated herein by this reference.

2. The Motion for Stay of Proceedings and to Compel Arbitration filed on behalf of Defendants on February 17, 1999 is hereby sustained and granted.

3. The Motion to Compel Production of Documents and Answers to Interrogatories, served by the Plaintiff on February 10, 1999 is hereby denied as moot in light of the other Rulings and Orders entered herein.

4. The parties shall proceed toward the presentment and resolution by arbitration of all claims which are asserted in or might otherwise have been asserted in the above-captioned action, pursuant to the Code of Arbitration Procedure of the National Association of Securities Dealers, Inc., as modified and amended by said Agreement Regarding Arbitration.

5. The parties shall briefly report to this Court on the status of the arbitration proceedings directed herein on or before December 17, 1999, and at 180-day intervals thereafter, until the conclusion of all arbitration proceedings.

6. The parties shall report to this Court as to the final decision and disposition reached in the arbitration proceedings in a manner so as to enable this Court to determine what ultimate type of proceedings or order will be necessary and appropriate so as to finally dispose of the above-captioned action.

7. Other than the reports as hereinabove directed, no further proceedings shall be filed, sought, or pursued in this action until a final resolution and final determination and decision of the arbitration proceedings ordered herein.

Dated this 16 day of April, 1999.

_____
The Honorable Robert D. Wilson
Judge, Fifth Judicial District of Iowa

APPROVED:

_____
David L. Charles
2000 Financial Center
Des Moines, IA  50309-3989

_____
Denny M. Dennis
801 Grand Avenue, Suite 3700
Des Moines, IA  50309-2727

_____
John P. Dollar
1601 - 22nd Street, Suite 300
West Des Moines, IA  50266

## AGREEMENT REGARDING ARBITRATION AND
## CERTAIN DISCOVERY PROCEDURES

The undersigned parties, by their counsel, hereby agree as follows:

1. In consideration of the agreements set forth below, Thomas W. Payne ("Payne") shall consent to the entry of an order in the <u>Thomas W. Payne v. Mary Ann Burris, Barbara Crosby, Lincoln National Life Insurance Company and Lincoln Financial Advisors Corporation</u>, Polk County Case No. CL 77900, sustaining the Motion for Stay of Proceedings and to Compel Arbitration filed on behalf of Defendants on February 17, 1999. In further consideration of the agreements set out below, he also agrees to arbitrate all claims as set forth in the Polk County action before a panel appointed and acting under the NASD Code of Arbitration Procedure ("NASD Code"), except to the extent that the NASD Code is modified as set forth below.

2. Defendants Lincoln National Life Insurance Company ("Lincoln Life"), Lincoln Financial Advisors Corporation ("Lincoln Financial"), Mary Ann Burris ("Burris") and Barbara Crosby ("Crosby"), agree that Payne shall be permitted to take 80 hours of discovery depositions in the arbitration action with no more than 12 different individuals to be deposed by Payne under this procedure. Calculation of deposition hours shall exclude breaks and recesses. Payne may petition the arbitration panel for additional time should he be unable to obtain reasonable use of the agreed upon time through no fault of his own, i.e., witnesses' failure to cooperate, failure to respond, etc. Defendants Lincoln Life and Lincoln Financial shall, collectively, have the same rights as Payne as

provided hereinabove with respect to the taking of depositions. Further, the Defendants Burris and Crosby, collectively, shall have the same rights as Payne as provided herein with respect to the taking of depositions.

3. Lincoln Life and Lincoln Financial shall produce Dennis McMillen and Gary Giller for deposition in Des Moines, Iowa, at a mutually convenient time. Depositions of other witnesses shall be taken in the city where their principal place of business is located unless otherwise mutually agreed by the parties.

4. Payne shall be permitted 20 interrogatories pursuant to the NASD Code which will be answered by the party to whom directed. Lincoln Life and Lincoln Financial agree to respond to Interrogatories 1, 3, 4, 5, 6, 7(a), (b) and (d), and 9 within 45 days of the date of this document, or within 20 days of being served with Payne's Statement of Claim by counsel for Payne, whichever is later. Burris and Crosby agree to respond to the outstanding Interrogatories, except subparagraphs (c), (e), (f) and (g) of Interrogatory No. 6, within 30 days of the date of this document. Defendants Lincoln Life and Lincoln Financial shall have the same rights as Payne with respect to the serving of interrogatories as hereinabove set forth. The Defendants Burris and Crosby, collectively, shall have the same rights as Payne with respect to the serving of interrogatories as hereinabove set forth.

5. Document production as to all parties shall be governed by the NASD Code. Lincoln Life and Lincoln Financial agree to respond to the Requests for Production of Documents previously served within 45 days of the date of this document,

or within 20 days of being served with Payne's Statement of Claim by counsel for Payne, whichever is later. Burris and Crosby agree to complete their production of the documents requested and to deliver responses to the Requests within 20 days of the date of this document.

6. The parties agree that, so long as acceptable to the Arbitration panel, all discovery disputes will be submitted to any member of the arbitration panel in Des Moines, Iowa, and, if none, to a mutually agreed person in Des Moines, which person shall be qualified to serve as an Arbitrator under the NASD Code or, if no such person is available, to such other person who is mutually agreeable and who is a qualified Arbitrator in the American Arbitration Association. Such person would make a determination whether all responsive information, discoverable under the NASD Code, as amended by this Agreement, had been produced. That person is further authorized by this Agreement to enter any sanctions permitted under the NASD Code, including costs, fees, or limitation of evidence as he or she viewed appropriate under the circumstances. The intent of the parties is that the decision will be enforced by the Arbitration Panel.

Dated this __8__ day of April, 1999.

THOMAS W. PAYNE

By: _____
David L. Charles
Attorney for Thomas W. Payne

Dated this 6 TH day of April, 1999.

                  MARY ANN BURRIS and BARBARA CROSBY

                  By: *John P. Dollar* (signature)
                      John P. Dollar
                      Attorney for Mary Ann Burris and
                      Barbara Crosby

Dated this 5 th day of April, 1999.

                  LINCOLN NATIONAL LIFE INSURANCE
                  COMPANY and LINCOLN FINANCIAL
                  ADVISORS CORPORATION

                  By: *Denny M. Dennis* (signature)
                      Denny M. Dennis
                      Attorney for Lincoln National Life
                      Insurance Company and Lincoln
                      Financial Advisors Corporation