FILED 8/2/2002 1:51:36 PM, USDC, Southern District of Iowa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY and LINCOLN FINANCIAL ADVISORS CORPORATION,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>THOMAS W. PAYNE,<br><br>Respondent/Defendant. | CIVIL NO. 4-02-cv-70346<br><br><br>**INITIAL RESPONSE AND RESISTANCE TO RESPONDENTS MOTION FOR STAY AND MOTION TO DISMISS** |

COME NOW the Petitioners, Lincoln National Life Insurance Company and Lincoln Financial Advisors Corporation (collectively "Lincoln"), and submit this Initial Response and Resistance to the Motion for Stay and Motion to Dismiss filed by Respondent Thomas W. Payne ("Payne").

1. Lincoln resists and disagrees with the assertions set forth in Payne's Motion for Stay and in Payne's Motion to Dismiss the Application to Vacate filed by Respondents Mary Ann Burris and Barbara Crosby ("Burris and Crosby").

2. Pursuant to the Court's order of July 31, 2002, Lincoln will submit supplemental, more detailed Resistances to the motions by August 12, 2002, in which Lincoln will set forth further materials in support of its position.

3. Lincoln requests the opportunity to offer evidence at the August 14, 2002 hearing, including the examination of Payne with respect to his citizenship and the

assertions set forth in his Declaration. Lincoln believes that this could be a lengthy examination.

    4.     Lincoln also desires to present evidence from Payne's wife, Kathy Payne, and is undertaking steps to secure her presence at the hearing.

WHEREFORE, for the reasons set forth herein, and those that will be set forth in Lincoln's supplemental response and resistance to be filed by August 12, 2002, Lincoln respectfully requests that the Court deny Payne's Motion for Stay and Motion to Dismiss in their entirety.

                      BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE, P.C.


                      By: _____
                          Denny M. Dennis  PK0001223
                          Todd A. Strother  PK0016680
                          801 Grand Avenue, Suite 3700
                          Des Moines, IA  50309-2727
                          Phone: (515) 246-5889
                          Fax:  (515) 246-5808

                      ATTORNEYS FOR PETITIONERS/PLAINTIFFS

Copies to:

David L. Charles
Belin, Harris, Lamson & McCormick
Suite 2000 – Financial Center
Des Moines, IA 50309-3989

**CERTIFICATE OF SERVICE**
The undersigned hereby certifies that a true copy of the foregoing instrument was served upon one of the attorneys of record for all parties to the above-entitled cause by enclosing the same in an envelope addressed to each such attorney at his/her respective address as disclosed by the pleadings of record herein, with postage fully paid, and by depositing said envelope in a United States Post Office depository in Des Moines, Iowa on the ____ of _____, 2002.

_____