IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FILED
DES MOINES, IOWA
02 AUG 21 PM 4:43

COURT
SOUTHERN DISTRICT OF IA

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY and LINCOLN FINANCIAL ADVISORS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS W. PAYNE,<br><br>    Defendant. | CIVIL NO. 4-02-cv-70346<br><br><br><br><br><br>**CLARIFICATION OF ORDER** |

| | |
|---|---|
| MARY ANN BURRIS and BARBARA CROSBY,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS W. PAYNE,<br><br>    Defendant. | CIVIL NO. 4-02-cv-70351 |

    In response to the August 21, 2002, communication to me from Mr. Charles, a copy of which is attached, the following clarification is made of the last paragraph of the rulings and orders entered on July 22, 2002.

    I received a copy of a July 25, 2002, letter to Judge Bergeson from Mark McCormick in which Mr. McCormick states: "We assured Judge Vietor that we would ask you to refrain from ruling on the application for entry of judgment until after he has ruled on the defendants' request for stay of this action. We therefore respectfully request that no ruling be made on our application for entry of judgment until after Judge Vietor has ruled on defendants' motion asking the federal court to stay this action." This communication from Mr. McCormick to Judge Bergeson was consistent with an understanding that I reached with counsel in a



telephone conference call a few days earlier.

In the last paragraph of my July 22, 2002, rulings and orders I recited, consistent with what Mr. McCormick stated in his letter to Judge Bergeson, that "defendant Payne's counsel assured counsel for plaintiffs and the court that defendant Payne would not seek to have the state court enter the judgments sought pending resolution of the motion for stay in this court."

There will not be a resolution of the motion for stay in this court until I file my ruling on the motion for stay. I anticipate filing the ruling this coming Friday, August 23, 2002, but I do not guarantee that. I assume the state court hearing can be held as scheduled at 8:30 a.m. this coming Friday, but no state court judgment should be entered until after I have filed my ruling, and then only in the event that I deny the application to stay the state court proceedings.

**DATED** this 21st day of August, 2002.

_____
HAROLD D. VIETOR
Senior U.S. District Judge

**BELIN LAMSON McCORMICK ZUMBACH FLYNN**

A PROFESSIONAL CORPORATION • ATTORNEYS AT LAW

The Financial Center
666 Walnut Suite 2000
Des Moines, Iowa 50309-3989
Telephone (515) 243-7100
www.belinlaw.com

| | | |
|---|---|---|
| Jeffrey E. Lamson | Robert A. Mullen | Danielle M. Shelton |
| Mark McCormick | David L. Charles | Matthew T. Cronin |
| Steven E. Zumbach | William D. Bartine | Wayne E. Reames |
| Thomas L. Flynn | Quentin R. Boyken | S. Christian Nelson |
| Roger T. Stetson | Charles F. Becker | Christopher M. Miller |
| Jon L. Staudt | Mark E. Weinhardt | Holly M. Logan |
| James L. Krambeck | Dennis P. Ogden | |
| Richard W. Lozier, Jr. | Edward M. Mansfield | Of Counsel |
| James V. Sarcone, Jr. | Margaret C. Callahan | Sue Luettjohann Seitz |
| James R. Swanger | Robert D. Sharp | |
| Jeremy C. Sharpe | Garth D. Adams | David W. Belin |
| John T. Seitz | Michael R. Reck | (1928 - 1999) |

David L. Charles

Direct Dial: (515) 283-4666
Direct Fax: (515) 558-0666
E-mail: dlcharles@belinlaw.com

August 21, 2002

**FAX: (515) 284-6460**

The Honorable Harold Vietor
Judge, United States District Court
221 U. S. District Court
123 E. Walnut Street
Des Moines, IA 50309

RE: *Mary Ann Burris, et al. v. Thomas W. Payne*
     (Case No. 4:02-cv-70351)
     *Lincoln National Life Insurance Company, et al. v. Thomas W. Payne*
     (Case No. 4:02-cv-70346)

Dear Judge Vietor:

We interpreted your conversation with Mark McCormick asking us to ensure the state court would not act prior to the hearing on the 14th and interpreted your order of July 22nd as requiring us to ensure that the state court waited to act until after the hearing on August 14.

As you were advised during the hearing on the 14th, the state court has a hearing on this matter scheduled for Friday morning at 8:30 a.m. It has been our understanding that hearing would go forward unless you sustain the Motion for Stay prior to that time.

If I have misunderstood your directions and you intended that we ensure the state court does not even hear the pending motions prior to the time you rule, please have your office let me know immediately.

Sincerely,

David L. Charles
For the Firm

DLC/lm
d:\p0446\ltr-vietor-ltr.doc

TO:The Honorable Harold Vietor    COMPANY:

The Honorable Harold Vietor
August 21, 2002
Page 2


cc:   Denny Dennis, via facsimile
      George LaMarca, via facsimile
      Tom Payne, via facsimile