FILED 12/17/2002 11:25:07 AM, USDC, Southern District of Iowa

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY and LINCOLN FINANCIAL ADVISORS CORPORATION, | * * * * | Civil No. 4-02-CV-70346 |
| Petitioners, | * * | **ORDER STAYING REMAND AND GRANTING TIME TO RESPOND** |
| v. | * * | |
| THOMAS W. PAYNE, | * * | |
| Respondent. | * | |
| MARY ANN BURRIS and BARBARA CROSBY, | * * * * | |
| Petitioners, | * * | |
| v. | * * | |
| THOMAS W. PAYNE, | * * | |
| Respondent. | * | |

Respondent Thomas W. Payne's motion to reconsider or, in the alternative, for findings under 28 U.S.C. § 1292(b) for interlocutory appeal and a stay is before the court. Compliance with this court's December 12, 2002, order remanding case to arbitration is hereby **STAYED** pending consideration of respondent Payne's motion.

**IT IS ORDERED** that petitioners are granted to and including December 24, 2002, within which to file a response to respondent Payne's motion.

**DATED** this 17th day of December, 2002.

HAROLD D. VIETOR
Senior U.S. District Judge