IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY and LINCOLN FINANCIAL ADVISORS CORPORATION, MARY ANN BURRIS and BARBARA CROSBY,<br><br>Petitioners,<br><br>v.<br><br>THOMAS W. PAYNE,<br><br>Respondent. | Civil No. 4-02-CV-70346<br><br><br><br>RULINGS AND ORDER<br>DISSOLVING STAY |

Respondent Payne's motion to reconsider is **DENIED**.

Respondent Payne's alternative motion for certification of issues for interlocutory appeal is **DENIED**.

**IT IS ORDERED** that the December 17, 2002 stay of compliance with the December 12, 2002 order remanding case to arbitration is dissolved, and there shall now be compliance with the December 12 order.

**DATED** this 24th day of December 2002.

Harold D. Vietor
Senior U.S. District Judge

