IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

FILED
DES MOINES, IOWA
2003 AUG -5 PM 4: 24
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| LINCOLN NATIONAL LIFE INSURANCE COMPANY and LINCOLN FINANCIAL ADVISORS CORPORATION, MARY ANN BURRIS and BARBARA CROSBY, Petitioners, v. THOMAS W. PAYNE, Respondent. | Civil No. 4-02-CV-70346  **TEMPORARY STAY** |

Petitioners' Joint Motion for Stay of Enforcement Pending Appeal is before the Court. Enforcement of the judgment is hereby temporarily stayed until final ruling on the joint motion for stay. Respondent has the time granted by local rule within which to respond to the joint motion.

**DATED** this 5th day of August, 2003.

HAROLD D. VIETOR
Senior U.S. District Judge