IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

```
LINCOLN NATIONAL LIFE INSURANCE    *
COMPANY and LINCOLN FINANCIAL      *
ADVISORS CORPORATION,              *    Civil No. 4-02-CV-70346
MARY ANN BURRIS and                *
BARBARA CROSBY,                    *
                                   *
           Petitioners,            *
                                   *    RULING DENYING JOINT
v.                                 *    MOTION FOR STAY
                                   *
THOMAS W. PAYNE,                   *
                                   *
           Respondent.             *
```
_____

After careful consideration of the briefing of the parties and the case authority cited, I believe my discretion is best exercised by denying plaintiffs' joint motion for stay of enforcement pending appeal. Accordingly, that motion is **DENIED**. The temporary stay entered on August 5, 2003, is **DISSOLVED**.

The moving parties may, of course, obtain an automatic stay of enforcement of the judgment by posting a supersedeas bond as provided by Federal Rule of Civil Procedure 62(d).

**DATED** this 19th day of August, 2003.

HAROLD D. VIETOR
Senior U.S. District Judge

FILED 8/19/2003 9:54:51 AM, USDC, Southern District of Iowa